# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-5030

**Roor International BV and Sream, Inc.**

Plaintiff

**vs.**

**Bricia Sweets LLC d/b/a South Side Smoke Shop and Bricia C. Rodriguez**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Amended Complaint For Injunctive Relief and Damages**

PARTY SERVED: **BRICIA SWEETS LLC D/B/A SOUTH SIDE SMOKE SHOP**

PERSON SERVED: **BRICIA C RODRIGUEZ, OWNER**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **10/22/2019 at 5:00 PM**

ADDRESS, CITY AND STATE: **6240 S PULASKI ROAD, CHICAGO, IL 60629**

DESCRIPTION: **Hispanic, Female, 34, 5'06", 230 lbs, Brown hair**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*
Samuel L. Jones, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 24th day of October, 2019.

*[signature]*
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Tracking #: **419810**